IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20384-D |
| HECTOR POLENDO, JR., | * | |
| Defendant. | * | |

**ORDER**

It is hereby Ordered that this Motion to Continue the Suppression Hearing/Report Date is hereby Granted and a new suppression hearing/report date is set for the 19th day of May, 2005, at 10:00 a.m./~~p.m.~~

Thus Ordered this 15 day of April, 2005 at Memphis, Tennessee.

_____
UNITED STATES DISTRICT COURT JUDGE

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CR-20384 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT