IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 19 PM 12: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 04-20384-D |
| HECTOR POLENDO, JR. | ) | |
| Defendant. | ) | |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND **SETTING**

This cause was set for a Suppression Hearing and Report Date on May 19, 2005 at 10:00 A.m. The defendant moved the Court for a continuance to allow for additional time to prepare.

The Court granted the motion and hereby resets the trial date to July 5, 2005 with a **Suppression Hearing and Report Date on Tuesday, June 22, 2005 at 1:30 P.M.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from June 17, 2005 through July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(1)(F) because the ends of justice served in allowing for disposition of the pending motion outweigh the need for a speedy trial.

IT IS SO ORDERED this _18th_ day of May, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-19-05

(74)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:04-CR-20384 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT