FILED BY _____ J.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 23 PM 3:45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 04-20384 D |
| HECTOR POLENDO, | * | |
| Defendant. | * | |

ORDER

IT IS HEREBY ORDERED THAT:

CONSIDERING THE Motion to Continue field by the Defendant, the Hearing ON THE Motion to Suppress and Report Date is continued and re-set for the 5th day of July, 2005 at 2:00 ~~a.m.~~ p.m.

THUS ORDERED THIS 20th day of June, 2005 at Memphis, Tennessee.

_____
UNITED STATES JUDGE

4   This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-24-05

(76)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:04-CR-20384 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT