IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 30 PM 5:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20384-D |
| HECTOR POLENDO, JR., | * | |
| Defendant. | * | |

**ORDER**

It is hereby Ordered that this Motion to Continue the Suppression Hearing/Report Date is hereby Granted and a new suppression hearing/report date is set for the _3_ day of __August__, 200_5_, at _2:00_ a.m./(p.m.) This is a FINAL Setting.

Thus Ordered this _30_ day of June, 2005 at Memphis, Tennessee.

_____
UNITED STATES DISTRICT COURT JUDGE

3

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7-1-05_

78

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:04-CR-20384 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT